**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GARFIELD SPENCE,                                    Case No.: 9:23-cv-80816-AMC

　　　　Plaintiff,

v.

WADWHA PROPERTIES, LLC.,

　　　　Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff GARFIELD SPENCE and Defendant WADWHA PROPERTIES, LLC. (the "Parties"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of all of Plaintiff's claims in the action *with prejudice*.  The Parties shall bear their own attorneys' fees and costs.  All Parties consent to the form and content of this Joint Stipulation.

Dated this 8th day of August, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Alberto R. Leal*_____ | */s/ Kenneth L. Minerley*_____ |
| Alberto R. Leal, Esq., P.A. | Kenneth L. Minerley, Esq. |
| 8927 Hypoluxo Rd. #157 | Minerley Fein, P.A. |
| Lake Worth, Florida 33467 | 1200 N. Federal Highway Suite 420 |
| Phone: 954-637-1868 | Boca Raton, FL 33432 |
| Email: albertolealesq@gmail.com | Tel. 561-362-6699 |
| *Attorneys for Plaintiff* | Fax 561-447-9884 |
| | ken@minerleyfein.com |

## CERTIFICATE OF SERVICE

2

I hereby certify that on the date of filing, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Alberto R. Leal*
Alberto R. Leal, Esq.