UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80816-CIV-CANNON

GARFIELD SPENCE,

Plaintiff,

v.

WADHWA PROPERTIES, L.L.C.,

Defendant.

_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

THIS CAUSE comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 8], filed on August 8, 2023.  Pursuant to Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012).  As such, this case is DISMISSED WITH PREJUDICE, effective August 8, 2023, the date on which the parties filed their Joint Stipulation of Dismissal [ECF No. 8].

Accordingly, it is ORDERED AND ADJUDGED as follows:

The Clerk of Court is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Fort Pierce, Florida, this 9th day of August 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record